IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JANET MASON,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:18-CV-2491-L** |
| | § | |
| **STATE OF TEXAS; BARACK OBAMA**; | § | |
| **and UNITED STATES GOVERNMENT,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

On October 17, 2018, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 6) were entered in this case, recommending that all claims by Plaintiff be summarily dismissed with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B). No objections to the Report were filed.

After considering the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B), all claims asserted by Plaintiff in this action as frivolous.

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **incorporates** by reference the Report and Supplemental Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). The court **concludes** that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a

separate motion to proceed *in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**It is so ordered** this 14th day of January, 2019.

                                                Sam A. Lindsay
                                                United States District Judge